# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:09-cr-00102-RCJ-RAM |
| vs. | **ORDER** |
| THOMAS VINCENT REES, | |
| Defendant. | |

In 2010, Defendant Thomas Rees pled guilty to one count of possession of child pornography. The Court sentenced him to sixty months of imprisonment, to be followed by lifetime supervised release. Defendant appealed his sentence based on the Court's denial of a continuance of his sentencing hearing, and the Court of Appeals affirmed because Defendant had waived the issue via his plea agreement. The mandate issued in 2011. Defendant has been released and has filed a habeas corpus motion under 28 U.S.C. § 2255. In the motion, Defendant disclaims any legal challenge to his conviction or sentence but asks the Court to read an attached letter, wherein he requests "relief from the rest of my sentence," presumably meaning early termination of supervised release.

The Court denies the motion as untimely. *See* 28 U.S.C. § 2255(f)(1). If Plaintiff wishes to petition for early termination of supervised release, he must file a motion to that effect under 18 U.S.C. § 3583(e)(1).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255 (ECF No. 70) is DENIED.

IT IS SO ORDERED.

DATED: This 7th day of November, 2018.

_____
ROBERT C. JONES
United States District Judge